IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MARCUS A. POWELL,

    Petitioner,                    No. CIV S-10-0589 MCE GGH P

    vs.

KELLY HARRINGTON, et al.,

    Respondents.                ORDER TO SHOW CAUSE

_____/

        Petitioner is a state prisoner proceeding pro se with an application for writ of habeas corpus pursuant to 28 U.S.C. § 2254. On August 16, 2010, respondents filed a motion to dismiss. Petitioner has not filed an opposition to the motion. Local Rule 230(l) provides in part: "Failure of the responding party to file written opposition or to file a statement of no opposition may be deemed a waiver of any opposition to the granting of the motion . . . ." Good cause appearing, IT IS HEREBY ORDERED that petitioner show cause, within twenty-one days, why respondent's August 16, 2010, motion to dismiss should not be granted.

DATED: October 8, 2010

                                       /s/ Gregory G. Hollows
                                       UNITED STATES MAGISTRATE JUDGE

GGH:035 - powe0589.osc

1