IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MARCUS A. POWELL,

      Petitioner,                  No. CIV S-10-0589 MCE GGH P

   vs.

KELLY HARRINGTON, et al.,

      Respondents.              <u>FINDINGS & RECOMMENDATIONS</u>

_____/

        By order October 12, 2010, petitioner was ordered to show cause, within twenty-one days, why respondent's August 16, 2010, motion to dismiss should not be granted.  The twenty-one day period has now expired, and petitioner has not shown cause or otherwise responded to the court's order.

        IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice.  <u>See</u> Local Rule 110; Fed. R. Civ. P. 41(b).

        These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within fourteen days after being served with these findings and recommendations, any party may file written objections with the court and serve a copy on all parties.  Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendations."  Any reply to the objections

1

1  shall be served and filed within fourteen days after service of the objections.  The parties are
2  advised that failure to file objections within the specified time may waive the right to appeal the
3  District Court's order.  <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).
4  DATED: November 23, 2010

                                         /s/ Gregory G. Hollows
                                         _____
                                         UNITED STATES MAGISTRATE JUDGE

GGH:035
powe0589.fsc

2